IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Thuy N. Gasser, individually and on behalf of other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACS Primary Care Physicians-Southeast, P.C., <br><br> Defendant. | Civil Action No.: 4:20-cv- <br><br> **NOTICE OF REMOVAL** |

Defendant ACS Primary Care Physicians-Southeast, P.C. ("ACS"), by and through its undersigned counsel, and pursuant to 28 U.S.C. § 1446, hereby gives notice that it has removed from the Horry County Court of Common Pleas the action titled *Thuy N. Gasser, individually and on behalf of other similarly situated v. ACS Primary Care Physicians-Southeast, P.C.*, Case No. 2020-CP-26-03169, to this Court, the United States District Court for the District of South Carolina, Florence Division. The removal is based on the following grounds:

**A.    Timeliness of Removal**

1. On or about May 21, 2020, Plaintiff Thuy N. Gasser ("Plaintiff") commenced this putative class action in Horry County Court of Common Pleas by filing a Summons and Complaint.

2. On May 26, 2020, Plaintiff served the Summons and Complaint on ACS. Removal is timely as it was effected within 30 days of the service of the Summons and Complaint on Defendant. 28 U.S.C. § 1446(b)(2)(B).

**B.     Federal Question Jurisdiction**

3.     This Court has original jurisdiction over this action by virtue of 28 U.S.C. § 1331 because it involves claims arising under the laws of the United States; namely, the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001, *et seq.*, due to the fact that Plaintiff's allegations relate to putative class members' employer-sponsored health insurance plans.

4.     Specifically, the Complaint asserts claims, on behalf of a class of all persons in South Carolina insured by Blue Cross Blue Shield (BCBSSC"), for breach of contract and unjust enrichment, alleging that ACS unlawfully billed class members for services that should have been billed to BCBSSC directly and in amounts that were greater than should have been billed.  The putative class includes individuals whose BCBSSC plan is an employer-sponsored health insurance plan that is governed by ERISA (the "Plans").  Thus, Plaintiff's state law claims fall within, and are completely preempted by, ERISA § 502(a), including but not limited to §§ 502(a)(1)(B), 502(a)(2), and 503(a)(3), such that the assertion of these state law claims are, in actuality, the assertion of ERISA claims.  *See Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58, 65-66 (1987) (noting that state-law claims that fall within the scope of ERISA § 502(a)(2) are "necessarily federal in character"); *Singh v. Prudential Health Care Plan, Inc.*, 335 F.3d 278, 283 (4th Cir. 2003).

5.     Consequently, this Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1367, and this action may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441.

6.     Accordingly, the case set forth above, Case No. 2020-CP-26-03169, filed in the Court of Common Pleas for Horry County, South Carolina could have been brought before this

Court pursuant to 28 U.S.C. §§ 1331, 1332(d) and 1367, and may be removed by ACS pursuant to 28 U.S.C. § 1441.

7.  Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action was pending.

8.  Pursuant to 28 U.S.C. § 1446(a), ACS has attached herewith, and incorporated by reference, a copy of the Summons and Complaint filed in this action. (*See* Exhibit A.)

9.  Written notice of the filing of this Notice of Removal will be given to Plaintiff as required by law.

10. A true copy of this Notice of Removal is being filed with the Court of Common Pleas for Horry County, South Carolina as required by law.

WHEREFORE, ACS respectfully requests that the action now pending in the State of South Carolina, Horry County, Court of Common Pleas, as Case No. 2020-CP-26-03169, proceed before this Court as an action properly removed.

Dated: June 25, 2020

GORDON & REES LLP

By  *s/Josh Dixon*
Josh Dixon (Fed. 10036)
E-mail: jdixon@grsm.com
Victoria T. Kepes (Fed. 13000)
E-mail: vkepes@grsm.com
40 Calhoun Street, Suite 350
Charleston, SC  29401
Telephone: (843) 278-5900
*Attorneys for ACS Primary Care Physicians-Southeast, P.C.*